405 A.2d 536

**Mary E. ZERBE, Appellant,**

v.

**Joseph H. GERDES.**

Superior Court of Pennsylvania.

Argued March 12, 1979.

Decided June 1, 1979.

Thomas C. Zerbe, Jr., Harrisburg, for appellant.

Jeffrey B. Rettig, Harrisburg, for appellee.

Before SPAETH, HESTER and MONTGOMERY, JJ.

PER CURIAM:

The order of the lower court is affirmed. Appellant claimed that appellee was negligent but failed to produce any expert testimony establishing this. *See Hamil v. Bashline*, 481 Pa. 256, 392 A.2d 1280 (1978).